UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK MARTIN,

    Plaintiff,

vs.

TRAVIS L. FLIEHMAN, *et al.*,

    Defendants.

Case No. 3:25-cv-272

District Judge Michael J. Newman
Magistrate Judge Elizabeth P. Deavers

___

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 7); (2) STAYING THIS CASE PENDING RESOLUTION OF THE CRIMINAL CHARGES AGAINST PLAINTIFF; (3) DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE THIS CASE; (4) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND FINDING THAT PLAINTIFF SHOULD BE DENIED LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND (5) ADVISING PLAINTIFF THAT, IF HE DESIRES TO CONTINUE WITH THIS CASE AFTER DISPOSITION OF THE CRIMINAL CHARGES AGAINST HIM, HE MUST REQUEST THE STAY TO BE LIFTED WITHIN THIRTY (30) DAYS OF EITHER THE DISPOSITION OF THE CRIMINAL CHARGES OR THE COMPLETION OF THE APPELLATE PROCESS**

___

    The Court has reviewed the Report and Recommendation of Magistrate Judge Elizabeth P. Deavers (Doc. No. 7), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, and construing *pro se* Plaintiff Mark Martin's allegations in his favor,[1] the Court determines that the Report and Recommendation should be adopted. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 7) in its entirety; (2) **STAYS** this case pending resolution of the

___

[1] Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

criminal charges against Plaintiff; (3) **DIRECTS** the Clerk of Court to administratively close this case;[2] and (4) **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and finds that Plaintiff should be denied leave to appeal *in forma pauperis*.

Plaintiff is **ADVISED** that, if he desires to continue with this case after disposition of the criminal charges against him, he must request the stay to be lifted within **thirty (30)** days of disposition of the criminal charges. If an appeal is filed in his criminal case, any request to lift the stay must be filed within **thirty (30) days** of completion of the appellate process.

**IT IS SO ORDERED.**

January 28, 2026                                    s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge

---

[2] This administrative closing of the case is for statistical purposes only and does not affect Plaintiff's right to request that the stay be lifted as directed above.